

# Fourth Court of Appeals
## San Antonio, Texas

September 9, 2014

No. 04-14-00555-CR

Robert **MARTINEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 5, Bexar County, Texas
Trial Court No. 307125
Honorable Jason Pulliam, Judge Presiding

# O R D E R

On December 19, 2013, Robert Martinez filed an application for writ of habeas corpus in County Court at Law No. 5 in Bexar County, Texas. *See* TEX. CODE CRIM. PROC. ANN. art. 11.07 (West Supp. 2014). On February 4, 2014, the trial court heard Martinez's arguments. The clerk's and reporter's records have been filed in this court.

In the reporter's record of the February 4, 2014 hearing, the State advised the court that Martinez was incarcerated based on a conviction in the 186th District Court. The trial court stated on the record that County Court at Law No. 5 was not holding Martinez for any reason and that Martinez had filed his application in the wrong court. The court advised Martinez he could raise his complaint with the presiding judge of the 186th District Court.

On August 4, 2014, Appellant filed a notice of appeal in this court. He contends he timely filed a notice of appeal by mailing his notice on February 7, 2014. Assuming *arguendo* the notice of appeal was timely filed, the clerk's record does not appear to contain an appealable judgment. *See id.* art. 44.02 (West 2006) (authorizing a defendant in a criminal action to appeal); *Abbott v. State*, 271 S.W.3d 694, 697 (Tex. Crim. App. 2008) (reiterating that the right to appeal under article 44.02 is limited to appeal from a final judgment).

We ORDER Appellant to show cause in writing not later than TWENTY DAYS from the date of this order why this appeal should not be dismissed for want of jurisdiction. *See Abbott*, 271 S.W.3d at 697 n.8.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of September, 2014.

Keith E. Hottle
Clerk of Court